# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

v.

RYAN MASTERS,

        Defendant-Petitioner.

JUDGMENT

Case Number: **2:12-cr-00145-MMD-GWF**
(Related Case   2:13-cv-02053-MMD)

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Ryan Masters' motion to vacate (ECF No. 386) is denied.
    **IT IS FURTHER ORDERED AND ADJUDGED** that a certificate of appealability is denied.
    **IT IS FURTHER ORDERED AND ADJUDGED** that judgment is hereby entered and this case is closed.

  __January 7, 2019___                                 _DEBRA K. KEMPI___
  Date                                                                     Clerk

                                                                                        _/s/   D.R. Morgan_____
                                                                                        Deputy Clerk